IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT WILSON DENT | : CIVIL ACTION |
| | : |
| v. | : NO. 25-394 |
| | : |
| BERKS COUNTY SHERIFF, CITY OF READING, MATTHEW C. JONES, DANIEL MCCARTIN, RANDY IRWIN | : : : |

## ORDER

AND NOW, this 22nd day of April 2025, following our grant of leave to proceed without paying the filing fees for the incarcerated Plaintiff (ECF 10), subject to our mandated screening of the pro se Complaint (ECF 2) under section 1915, having now completed the screening, and for good cause after finding we must dismiss Plaintiff's claims for immediate injunctive relief, state officials are immune under the Eleventh Amendment in their official capacities, and he does not plead a claim for damages against the County officials in their official or individual capacity under civil rights laws at this stage, it is **ORDERED** we **DISMISS** Plaintiff's claims:

1.  **With prejudice** as to his claim for injunctive relief and against the Parole Officers Matthew C. Jones and Daniel McCartin and the Warden Randy Irwin in their official capacities; and,

2.  **Without prejudice** to filing an amended Complaint consistent with today's accompanying Memorandum if Mr. Dent can plead civil rights claims for damages against Defendants in their individual capacities or against the Berks County Sheriff and the City of Reading for municipal liability by no later than **May 22, 2025** or we will close this case.

KEARNEY, J.